# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA

_____Richmond_____ Division

**In re**  Janet L. Worsham                                             **Case No.**  18-36490-KRH

           **Debtor(s)**                                                      **Chapter**  13


           **Plaintiff(s)**                                                    **AP No.** *[If applicable]*

**v.**


           **Defendant(s)**


## ORDER STRIKING PLEADING

    A  Debtor's(s') Certification of Compliance with 11 U.S.C. Section 1328 , having been filed by Joseph S. Massie III , on   April 12, 2022  , and proponent having failed to timely cure the deficiencies as set forth in the

Notice of Filing Deficiency pursuant to the provisions of LBR 5005-1(E)

it is, therefore

    **ORDERED** that the above pleading(s) is/are stricken from the record in the above-referenced case or adversary proceeding.

                                        WILLIAM C. REDDEN
                                        Clerk of Court

Date: May 18, 2022                     By /s/ James Cummings
                                               Deputy Clerk


                                        NOTICE OF JUDGMENT OR ORDER
                                        ENTERED ON DOCKET May 18, 2022

[ostrkpldg ver. 12/09]