## United States Bankruptcy Court
### Eastern District of Virginia

In re **Janet L Worsham**    Case No. **18-36490**
Debtor(s)    Chapter **13**

## CERTIFICATION BY DEBTOR(S) REQUESTING CONFIRMATION OF PLAN AND COMPLIANCE WITH REQUIREMENTS OF 11 U.S.C. SECTION 1325

1. THE UNDERSIGNED CERTIFIES THAT THE STATEMENTS BELOW ARE TRUE AS OF THE DATE HEREOF AND THAT THEY WILL BE TRUE AS OF THE DATE OF CONFIRMATION OF MY/OUR CHAPTER 13 PLAN AND MAY BE RELIED UPON BY THE COURT THEN UNLESS NOTICE IN WRITING TO THE CONTRARY IS GIVEN TO THE TRUSTEE AND THE COURT AT OR PRIOR TO SUCH TIME.

2. Select either A. or B.

    [✓] A. Since the filing of this bankruptcy case, I/we have not been required by a judicial or administrative order, or by statute, to pay any domestic support obligation (as that term is defined in 11 U.S.C. section 101(14A).

    [ ] B. I/We have paid all amounts that first became due and payable after the filing of this bankruptcy case which I/we were required to pay under a domestic support obligation (as that term is defined in 11 U.S.C. section 101 (14A) required by a judicial or administrative order, or by statute.

3. I/We have filed all Federal, State, and local tax returns required by law to be filed for all taxable periods ending during the four year period ending on the date of the filing of this bankruptcy case.

**By signing this certification requesting confirmation of chapter 13 plan, I/we acknowledge that all of the above statements are true and accurate and that the Court may rely upon the truth of each of these statements in determining whether to confirm my/out Chapter 13 Plan. I/We understand that the court may revoke confirmation of the Chapter 13 Plan if the statements relied upon are not accurate.**

Signed: **/s/ Janet L Worsham**
Debtor

_____
Debtor

[ crtrqcnf ver. 01/2010]

## Attorney's Certification

I certify that I am counsel of record for the debtor(s), that I have reviewed this Certification requesting confirmation of Chapter 13 Plan with the debtor(s), and that I am filing a copy of this document with the Court and with the Chapter 13 Trustee this **31st** day of **January**, 20 **19**.

/s/ Joseph S. Massie, III
Attorney for debtor(s)

## (If debtor(s) not represented by an Attorney): Debtor(s) Certification

I certify that I am filing via first class mail or the Court CM/ECF system a true copy of this certification requesting confirmation of Chapter 13 Plan with the court and with the Chapter 13 Trustee this ____ day of _____, 20 ____.

/s/
Debtor

## Notes to Confirmation by Debtor(s) Requesting Confirmation of Plan and Certifying Compliance with Requirements of 11 U.S.C. section 1325"

The attached Certification is proposed by the Chapter 13 Trustees as a document which will allow the Debtor(s) to comply with the new confirmation requirements of 11 U.S.C. section 1325. While this form is not mandatory, it will allow the Debtor(s) to provide the information required by that section without having to appear and testify in person or provide other appropriate documentation. If the Debtor(s) do not file this certification with the Court in a timely manner prior to the confirmation hearing (at least 10 days prior to the hearing), confirmation may be delayed or denied absent compliance with section 1325 in some other appropriate manner.