# United States Bankruptcy Court
### Eastern District of Virginia
Richmond Division

**In re:**  
Janet L. Worsham

**Case Number** 18−36490−KRH  
**Chapter** 13

Debtor(s)

## NOTICE TO SHOW CAUSE

| | |
|---|---|
| **TO:** *Debtor(s)* | Janet L. Worsham, 407 West Fourth St<br>Blackstone, VA 23824 |
| *Attorney for Debtor(s)* | Joseph S. Massie III, The Massie Law Firm P.C.<br>115 North 1st Street<br>Ste 100<br>Richmond, VA 23219 |
| *Trustee* | Carl M. Bates, 341 Dial 866−813−0912 Code: 8576180<br>P. O. Box 1819<br>Richmond, VA 23218 |
| *United States Trustee* | 701 East Broad Street, Suite 4304, Richmond, VA, 23219 |

The Debtor(s) having failed to timely file the Debtor's(s') Certification of Compliance with 11 U.S.C. Section 1328

(the "Certification(s)") and this case now being ready for closure without a discharge,

NOTICE IS HEREBY GIVEN that a hearing will be held:

*Date:* August 24, 2022  
*Time:* 11:30 AM  
*Location:* Judge Huennekens − Courtroom, U. S. Bankruptcy Court, 701 E. Broad St., Rm. 5000, Richmond, VA 23219

For the Debtor(s) to show cause why the case should not be closed without discharge or why sanctions should not be imposed for failure to timely file the Certification(s) or for failure to seek an extension of the time limit for filing the Certification(s).

Dated: July 8, 2022

William C. Redden, Clerk  
United States Bankruptcy Court

[ntshow_cause_RicvApril19.jsp]

By: /s/James Cummings, Deputy Clerk

United States Bankruptcy Court
Eastern District of Virginia

| | |
|---|---|
| In re: | Case No. 18-36490-KRH |
| Janet L. Worsham | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0422-7 | User: | Page 1 of 1 |
| Date Rcvd: Jul 08, 2022 | Form ID: shwcausr | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 10, 2022:**

**Recip ID        Recipient Name and Address**
db         +   Janet L. Worsham, 407 West Fourth St, Blackstone, VA 23824-2015

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 10, 2022         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 8, 2022 at the address(es) listed below:

**Name            Email Address**

Carl M. Bates
  station01@richchap13.com
  station10@richchap13.com;station03@richchap13.com;station07@richchap13.com;station06@richchap13.com

John P. Fitzgerald, III
  USTPRegion04.RH.ECF@usdoj.gov

Joseph S. Massie, III
  on behalf of Debtor Janet L. Worsham jmassie@massielawfirm.com
  jwilliams@massielawfirm.com;massielaw2@gmail.com;sgoodwin@massielawfirm.com;massiejr71504@notify.bestcase.com

TOTAL: 3